UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASMINE M. HOLMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  CV-13-238-FVS<br><br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 20**.) After consideration,

IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to:  (1) update the medical record; (2) obtain a consultative examination from a psychiatrist or psychologist to clarify the effect of plaintiff's mental impairment(s) on her ability to work and, if warranted, call a medical expert to testify at the

Page 1    ORDER FOR REMAND - [2:12-cv-00408-JPH]

hearing; (3) before the consultative examination, a copy of the medical evidence of record will be provided to the examiner; (4) further evaluate the opinions of Drs. Duris and Seymanski, and if the ALJ elects to reject their opinions, the ALJ shall provide specific and legitimate reasons supported by substantial evidence for doing so; (5) further evaluate plaintiff's residual functional capacity in light of the medical evidence of record; and (6) if necessary, obtain supplemental vocational expert testimony to determine whether plaintiff's residual functional capacity allows her to make an adjustment to any jobs existing in significant numbers in the nation economy.

Plaintiff may present new arguments and evidence. The ALJ may further develop the record and conduct additional proceedings as necessary.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED April 30, 2014.

                         _s/ Fred Van Sickle_____
                            Fred Van Sickle
                     Senior Unites States District Judge